

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> VANTAGE TRAVEL SERVICE, INC., <br><br> Debtor | Chapter 11 <br> Case No. 23-11060-JEB |
| STEPHEN S. GRAY, AS CREDITOR TRUSTEE FOR THE VANTAGE TRAVEL CREDITOR TRUST, <br><br> Plaintiff, <br><br> v. <br><br> MARITIME COMMUNICATION SERVICES, LTD., <br><br> Defendant | Adversary Proceeding <br> No. 24-01034-JEB |

## Order

**MATTER:**

#4 Letter to the Court Filed by Maritime Communications Services Ltd. c/o John C. Fuechsel

This matter came before the Court on the above Letter filed by John C. Fuechsel. The Court deems the Letter to be a Motion to Dismiss the Complaint.

Since the Defendant, Maritime Communication Services, Ltd., is a corporation, the Defendant cannot proceed pro se, but must be represented by a lawyer. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). A nonlawyer cannot represent a limited liability company or corporation in an adversary proceeding. *In re Victor Publishers, Inc.*, 545 F.2d 285, 286 (1st Cir. 1976) (per curiam). Any pleadings filed in this Adversary Proceeding must be filed by a lawyer who is authorized to practice before the Court. Mr. Fuechsel cannot file any further pleadings or appear on behalf of the Defendant, unless he is an attorney who is admitted to the bar.

The Court will separately set the Motion to Dismiss for hearing. If counsel does not appear on behalf of the Defendant at or prior to the hearing, the Motion to Dismiss may be denied.

Dated: May 10, 2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge